Charles H. BIEDERMAN, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 13174.

United States Court of Appeals
Sixth Circuit.

April 2, 1957.

Llewellyn A. Luce, Walter H. Maloney, Washington, D. C., for petitioner.

Charles K. Rice, Asst. Atty. Gen., for respondent.

PER CURIAM.

Upon motion of the petitioner, and for good cause shown.

It is ordered that the petition for review be and it hereby is dismissed.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

KOLLER CRAFT PLASTIC PRODUCTS, Inc.

No. 15680.

United States Court of Appeals
Eighth Circuit.

March 19, 1957.

Marcel Mallet-Prevost, Asst. General Counsel, National Labor Relations Board, and Stephen Leonard, Associate General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Victor B. Harris and Charles W. Ahner, St. Louis, Mo., for respondent.

PER CURIAM.

On motion of counsel for National Labor Relations Board for leave to withdraw, without prejudice, Board's petition for enforcement of order of the Board and certified transcript of record, consideration of petition for enforcement unnecessary and therefore dispensed with, and withdrawal of certified transcript of record granted, all without prejudice.

COMMISSIONER OF INTERNAL REVENUE, Petitioner,

v.

CITIZENS FIDELITY BANK AND TRUST COMPANY, Trustee, Julia B. Heyburn Trust, Respondent.

COMMISSIONER OF INTERNAL REVENUE, Petitioner,

v.

ESTATE of John G. HEYBURN, Deceased, Citizens Fidelity Bank and Trust Company, Executor, and Martha R. Heyburn, Respondents.

COMMISSIONER OF INTERNAL REVENUE, Petitioner,

v.

Henry B. HEYBURN and Florence M. Heyburn, Respondents.

COMMISSIONER OF INTERNAL REVENUE, Petitioner,

v.

ESTATE of Julia B. HEYBURN, Citizens Fidelity Bank and Trust Company and John Marshall, Jr., Co-executors, Respondents.

Nos. 13144, 13145, 13146, 13147.

United States Court of Appeals
Sixth Circuit.

May 27, 1957.

Charles K. Rice and Lee A. Jackson, Washington, D. C., for petitioner.

Henry R. Heyburn and John Marshall, Jr., Louisville, Ky., for respondents.

PER CURIAM.

Upon stipulation of counsel for the parties, it is ordered that the petitions to review the decisions of the Tax Court in these cases be and they hereby are dismissed.